# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00233-FDW-DCK

| | |
|---|---|
| **FELIX BLAKNEY,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| **TOWN OF MARSHVILLE,** | )<br>)<br>)<br>)<br>) |
| **Defendant.** | )<br>) |

This written order is intended to memorialize and supplement the Court's oral orders given on February 5, 2019. As stated in the case management order, this case is set for jury trial to commence during the March 2019 term. The Court will **not** hold another pre-trial conference for this case, but the parties must be present for the docket call to take place at 9:00 am on March 4, 2019 in Courtroom 1-1. Jury selection will take place on March 5, 2019. For *voir dire*, each party will get ten minutes to question the first set of jurors. For each subsequent round of jury selection, parties will get one additional minute for each empty seat. Parties will have three peremptory challenges per side. Jurors must be challenged at the first opportunity. The parties must be prepared to commence trial after jury selection.

The parties are ordered to submit their **jointly-prepared** pretrial submissions by February 19, 2019. These documents should be submitted to Chambers electronically utilizing the CyberClerk feature on CM/ECF. The Case Management Order addresses the requirements for these submissions. Any motions in limine must be filed by February 19, 2019 with responses due on February 22, 2019. The Court will address any outstanding motions or pretrial issues on the

first day of trial before the jury arrives. <u>Witnesses for trial should be subpoenaed by February 19, 2019</u>. The parties must give CD-ROMs or USBs containing pertinent files in JPEG or PDF format for documents and images to the Clerk of Court. The files should be named according to the corresponding exhibit number assigned to the exhibit in the proposed pretrial order.

The Court anticipates that this trial will take one and a half days. The Court will impose a chess clock consistent with this estimate. Parties should prepare to have a 9 hour chess clock, with each side having 4.5 hours. Time will run during opening, closing, direct examination, and cross examination, but will not run during jury selection, objections, or sidebars. For closing argument, parties are limited to 15 minutes for the first day of trial, plus 10 additional minutes for each additional day of trial. It will be the responsibility of Parties to budget their chess clock time to ensure time for closing arguments.

IT IS SO ORDERED.

Signed: February 5, 2019

_____
Frank D. Whitney
Chief United States District Judge