UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00233-FDW-DCK

| | |
|---|---|
| FELIX BLAKNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF MARSHVILLE, )<br>)<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion for Judgment as a Matter of Law. (Doc. No. 24). This case went before a jury on March 19-20, 2019, and the jury returned a verdict finding that Defendant Town of Marshville was not liable for Plaintiff's title VII race discrimination claim. (Doc. No. 23). Plaintiff subsequently filed the present motion for Motion for Judgment as a Matter of Law, stating that "a reasonable jury would not have a legally sufficient evidentiary basis to find for the Defendant as it did." (Doc. No. 24, p. 1). Plaintiff did not submit any accompanying memorandum detailing any law or facts to support this assertion.

Upon consideration of the trial record, there was significant evidence offered to support Defendant's position that it terminated Plaintiff based on reasons other than his race, which the jury was entitled to weigh in Defendant's favor. Thus, the Court finds no basis for overturning the jury verdict. See Bresler v. Wilmington Trust Co., 855 F.3d 178, 196 (4th Cir. 2017) (stating that courts are not permitted to reweigh the evidence or assess witnesses' credibility in considering a motion for judgment as a matter of law) (citation omitted). Plaintiff's Motion for Judgment as a Matter of Law, (Doc. No. 24), is therefore DENIED. The Clerk of Court is respectfully directed to

CLOSE THE CASE and enter the Court's judgment in accordance with the Jury's March 20, 2019 verdict. (Doc. No. 23).

IT IS SO ORDERED.

Signed: June 6, 2019

Frank D. Whitney
Chief United States District Judge