# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Felix Blakney**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00233-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Fern H. Shubert | ) | |
| Town of Marshville | | |
| Matt Tarlton**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's March 20, 2019 Verdict.

June 7, 2019

_____
Frank G. Johns, Clerk
United States District Court